No. 369. John C. Madden v. W. M. Forbes. Error to the Supreme Court of the State of Kansas. Motion to dismiss submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Bilby v. Stewart,* 246 U. S. 255, 257; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300; *Stewart* v. *Kansas City,* 239 U. S. 14. (2) *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Brolan* v. *United States,* 236 U. S. 216. *Mr. Joseph M. Stark* for plaintiff in error. *Mr. Stephen H. Allen* for defendant in error.

No. 523. Western Union Telegraph Company v. Atlanta & West Point Railroad Company. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Western Union Telegraph Co.* v. *Louisville & Nashville R. R. Co., ante,* 532. *Mr. William L. Clay* and *Mr. Rush Taggart* for appellant. *Mr. Sanders McDaniel* and *Mr. Leon Weil* for appellee. See *post,* 575.

No. 290. Oregon-Washington Railroad & Navigation Company v. Stoddard Lumber Company. Error to the Supreme Court of the State of Oregon. Motion to dismiss submitted November 4, 1918. Decided November 11, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Waldemar Van Cott, Mr. Edward M.*